Form 4
(10/05)

# United States Bankruptcy Court
### Eastern District of Michigan

In re   Pro Golf of America, Inc.                              Case No.
                                  Debtor(s)                    Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ronald N. Silberstein, CPA, PLLC<br>30201 Orchard Lake Road, Ste. 150<br>Farmington, MI 48334 | Ronald N. Silberstein, CPA, PLLC<br>30201 Orchard Lake Road, Ste. 150<br>Farmington, MI 48334 | Judgment | | 1,320,168.00 |
| DLA Piper Rudnick Gray Cary US LLP<br>203 N. LaSalle St., Ste. 1900<br>Chicago, IL 60601-1293 | DLA Piper Rudnick Gray Cary US LLP<br>203 N. LaSalle St., Ste. 1900<br>Chicago, IL 60601-1293 | Trade Payable | Contingent Disputed | 110,562.66 |
| Jeffrey Meek, Esq.<br>38705 W. Seven Mile Rd., Ste. 400<br>Livonia, MI 48152 | Jeffrey Meek, Esq.<br>38705 W. Seven Mile Rd., Ste. 400<br>Livonia, MI 48152 | Trade Payable | | 52,508.00 |
| Glast, Philips & Munay<br>2200 One Galleria Tower<br>13355 Noel Rd. L.B. 48<br>Dallas, TX 75240-1518 | Glast, Philips & Munay<br>2200 One Galleria Tower<br>13355 Noel Rd. L.B. 48<br>Dallas, TX 75240-1518 | | | 50,000.00 |
| Alfred & Elizabeth Gilbert, Jr.<br>233 Farley Rd.<br>Hollis, NH 03049 | Alfred & Elizabeth Gilbert, Jr.<br>233 Farley Rd.<br>Hollis, NH 03049 | Franchise Deposit Owed<br>Nashua, NH | | 49,500.00 |
| Thomas Jr. & Kathleen Dodgen<br>3/D Amherst Ct.<br>West Palm Beach, FL 33411 | Thomas Jr. & Kathleen Dodgen<br>3/D Amherst Ct.<br>West Palm Beach, FL 33411 | Franchise Deposit Owed<br>Auburn, AL | | 49,500.00 |
| Glast, Phillips & Murray<br>2200 One Galleria Tower<br>13355 Noel Road L.B. 48<br>Dallas, TX 75240 | Glast, Phillips & Murray<br>2200 One Galleria Tower<br>13355 Noel Road L.B. 48<br>Dallas, TX 75240 | Trade Payable | | 38,554.47 |
| Mars Marketing<br>c/o James Zellen, Esq.<br>39520 Woodward Ave., Ste. 205<br>Bloomfield Hills, MI 48304 | Mars Marketing<br>c/o James Zellen, Esq.<br>39520 Woodward Ave., Ste. 205<br>Bloomfield Hills, MI 48304 | | | 38,500.00 |
| UHY, LLP<br>26200 American Dr., Ste. 500<br>Southfield, MI 48034 | UHY, LLP<br>26200 American Dr., Ste. 500<br>Southfield, MI 48034 | | | 36,250.00 |

In re   Pro Golf of America, Inc.                                        Case No. _____

                                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mars Advertising<br>c/o James Zellen<br>39520 Woodward Ave., Ste. 205<br>Bloomfield Hills, MI 48304 | Mars Advertising<br>c/o James Zellen<br>39520 Woodward Ave., Ste. 205<br>Bloomfield Hills, MI 48304 | Trade Payable | | 36,000.00 |
| Marie Rainwater<br>c/o Glast, Phillips & Murray<br>2200 One Galleria Tower<br>13355 Noel Road LB 48<br>Dallas, TX 75240 | Marie Rainwater<br>c/o Glast, Phillips & Murray<br>2200 One Galleria Tower<br>Dallas, TX 75240 | Trade Payable | | 10,000.00 |
| Dykema Gossett PLLC<br>400 Renaissance Center<br>Detroit, MI 48243 | Dykema Gossett PLLC<br>400 Renaissance Center<br>Detroit, MI 48243 | Trade Payable | | 7,898.36 |
| Plunkett & Cooney<br>38505 Woodward, Ste. 200<br>Bloomfield Hills, MI 48304 | Plunkett & Cooney<br>38505 Woodward, Ste. 200<br>Bloomfield Hills, MI 48304 | Trade Payable | | 6,365.59 |
| Quantum Graphics, Inc.<br>49752 Oakland Drive<br>Shelby Township, MI 48315 | Quantum Graphics, Inc.<br>49752 Oakland Drive<br>Shelby Township, MI 48315 | Trade Payable | | 5,480.96 |
| Scout & Christina Trim<br>38124 Charwood<br>Sterling Heights, MI 48312 | Scout & Christina Trim<br>38124 Charwood<br>Sterling Heights, MI 48312 | Trade Payable | | 5,000.00 |
| Donald & Dana Lucas<br>4229 Colorado Ave., N.W.<br>Washington, DC 20011-4240 | Donald & Dana Lucas<br>4229 Colorado Ave., N.W.<br>Washington, DC 20011-4240 | Franchise Deposit Owed<br>Silversprings, MD | | 5,000.00 |
| Nancy Jo Martin<br>1201 Nashville Pike<br>Gallatin, TN 37066 | Nancy Jo Martin<br>1201 Nashville Pike<br>Gallatin, TN 37066 | Franchise Deposit Owed<br>Gallatin, TN | | 5,000.00 |
| Eric A. Mashlan<br>975 Ala Lilikoi St. 401<br>Honolulu, HI 96818 | Eric A. Mashlan<br>975 Ala Lilikoi St. 401<br>Honolulu, HI 96818 | Franchise Deposit Owed<br>Honolulu, HI | | 5,000.00 |
| UHY LLP, MI<br>Certified Public Accountants<br>2311 Payshphere Circle<br>Chicago, IL 60674 | UHY LLP, MI<br>Certified Public Accountants<br>2311 Payshphere Circle<br>Chicago, IL 60674 | Trade Payable | | 4,732.00 |
| Pro Golf of Bend<br>100 NE Bend River Mall Ave., Ste. 102<br>Bend, OR 97701 | Pro Golf of Bend<br>100 NE Bend River Mall Ave., Ste. 102<br>Bend, OR 97701 | Marketing monies owed to franchises | | 2,716.68 |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   Pro Golf of America, Inc.                                      Case No.

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   December 27, 2006             Signature   /s/ Robert L. Merget
                                                 Robert L. Merget
                                                 Vice President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.